1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH A. BROWN,                              1:11-cv-01836-SKO (PC)

11              Plaintiff,                         ORDER REQUIRING PLAINTIFF TO
                                                   EITHER PAY FILING FEE IN FULL OR
12        v.                                       FILE APPLICATION TO PROCEED IN
                                                   FORMA PAUPERIS WITHIN THIRTY
13   UNITED STATES OF AMERICA, et al.,             DAYS

14              Defendants.
     _____/
15

16        Plaintiff, a federal prisoner proceeding pro se, filed this civil action on October 31, 2011.

17   Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis.  28

18   U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

19        1.    The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis;

20        2.    Within **thirty (30) days** of the date of service of this order, Plaintiff shall either pay

21              the $350.00 filing fee in full or file an application to proceed in forma pauperis,

22              completed and signed; and

23        3.    **The failure to comply with this order will result in dismissal of this action.**

24

25   IT IS SO ORDERED.

26   **Dated:    November 8, 2011**              _____/s/ Sheila K. Oberto_____
                                                 UNITED STATES MAGISTRATE JUDGE
27

28