UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN, | 1:11-cv-01836-SKO (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO EITHER PAY FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a federal prisoner proceeding pro se, filed this civil action on October 31, 2011. Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis. 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

1.      The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis;

2.      Within **thirty (30) days** of the date of service of this order, Plaintiff shall either pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, completed and signed; and

3.      **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:      November 8, 2011**                    /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE