UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants.<br>_____/ | 1:11-cv-01836-SKO (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COMPLAINT FORM AND REQUIRING PLAINTIFF TO FILE COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff, a federal prisoner proceeding pro se, filed this action on October 31, 2011, via a letter. The Court is unable to determine the proper venue for Plaintiff's claims due to lack of sufficient information. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a *Bivens* complaint form;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file his complaint on the form provided with this order; and
3. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:**   November 8, 2011              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE