# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | CASE NO. 1:11-cv-01836-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR VOLUNTARY DISMISSAL AS MOOT<br><br>(Doc. 9) |

    Plaintiff Joseph A. Brown, a federal prisoner proceeding pro se, filed a motion for voluntarily dismissal of this action on November 18, 2011. This action was administratively closed by order signed November 17, 2011. Accordingly, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:**   **November 22, 2011**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE