# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BROWN, | CASE NO. 1:11-cv-01836-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR VOLUNTARY DISMISSAL AS MOOT |
| v. | (Doc. 9) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Joseph A. Brown, a federal prisoner proceeding pro se, filed a motion for voluntarily dismissal of this action on November 18, 2011. This action was administratively closed by order signed November 17, 2011. Accordingly, Plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   November 22, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1